[No. 46598-1-II.   Division Two.   December 1, 2015.]

*In the Matter of the Parentage of* D.D.-P.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-3-00013-5, Gordon Godfrey, J., entered July 21, 2014. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Maxa, J., concurred in by Worswick and Sutton, JJ.

[No. 47176-1-II.   Division Two.   December 1, 2015.]

*In the Matter of the Personal Restraint of* GEOFFREY ROBERT LAWSON, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *reversed in part* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[Nos. 47177-9-II; 47187-6-II.   Division Two.   December 1, 2015.]

*In the Matter of the Interest of* D.D.W.

*In the Matter of the Interest of* T.D.W.

Appeals from a judgment of the Superior Court for Clark County, No. 13-7-00748-9, Suzan L. Clark, J., entered November 7, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 47222-8-II.   Division Two.   December 1, 2015.]

SANDY FAMILY FIVE, LLC, *Appellant,* v. CRAIG J. BROWN ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-01934-1, Carol Murphy, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.